UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD P. KOHN,

    Plaintiff,

v.                                  Case No. 20-11731

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.
_____/

**OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO AMEND**

On July 7, 2020, the court entered an opinion and order dismissing Plaintiff's pro se complaint under 28 U.S.C. § 1915(e)(2). (ECF No. 5.) On July 27, 2020, the court received a motion to amend the complaint dated July 3, 2020. (ECF No. 8.) Thus, it does not appear that Plaintiff received a copy of the court's order dismissing the complaint before he filed the instant motion to amend. The motion to amend seeks to add the United States of America as a defendant, but it contains no new facts or details which alter the court's earlier determination that the complaint must be dismissed because it contains the sort of "fantastic or delusional scenarios" the Supreme Court has deemed subject to *sua sponte* dismissal under § 1915(e). *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly,

IT IS ORDERED that Plaintiff's motion to amend (ECR No. 7) is DENIED.

                                            s/Robert H. Cleland            /
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  August 10, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 10, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner                /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\HEK\Civil\20-11731.KOHN.deny.motion.to.amend.HEK.docx